Heirs of LYDIA BRIGHAM *v.* The Executors of the same.

The general rule that the party prevailing is entitled to costs, is applicable to the case of an appeal, by executors, from a decree of the probate court disallowing a will.

THIS was the case of an appeal, by the executors, from the decree of the probate court, disallowing a will. The will was established in the county court, and their judgment affirmed here. A question was made in regard to costs in the case.

BY THE COURT. — By chap. 44, § 33, of the Revised Statutes, the allowance and taxation of costs would seem to be, to some extent, discretionary with the court wherein appeals from the probate court are finally disposed of. But this discretion is not to be understood as an *arbitrary* discretion, to be exercised in each particular case, according to its peculiar circumstances, and the conduct of the parties; but is a *legal* discretion, to be exercised according to some *general rules.* We know no better rule, in regard to costs, than that the party prevailing should recover taxable costs, where he has not been in fault.

Taxable costs allowed to the appellants.